UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES CLEM, Derivatively on Behalf of EXELON CORPORATION, | |
| Plaintiff, | |
| v. | |
| CHRISTOPHER M. CRANE, JOSEPH DOMINGUEZ, ANNE R. PRAMAGGIORE, and WILLIAM A. VON HOENE, JR., | Case No. 1:21-cv-03611 Hon. John Robert Blakey |
| Defendants, | |
| - and - | |
| EXELON CORPORATION, a Pennsylvania Corporation, | |
| Nominal Defendant. | |

**JOINT UPDATED STATUS REPORT**

Pursuant to the Court's standing orders and the Court's October 14, 2021 Order, the parties respectfully submit this Joint Updated Status Report and state as follows:

**1.     Type of Status Report**

The parties filed a joint initial status report on behalf of all parties on September 30, 2021. This joint updated status report updates Section 4.a. of the initial status report regarding the parties' pending motions and case plan.

1

**2.  Service of Process**

Nominal Defendant Exelon Corporation was served on August 3, 2021. Defendants Christopher M. Crane, Joseph Dominguez, Anne R. Pramaggiore, and William A. Von Hoene, Jr., signed waivers of service, which were filed on September 28, 2021.

**3.  Nature of the Case**

    **a.  Attorneys of Record**

        **i.  For Plaintiff James Clem**

POWER ROGERS, LLP
Dominic C. LoVerde, #6324263 (member of trial bar)
70 W. Madison Street, 55th Floor
Chicago, IL 60602
Telephone: (312) 827-6113
Facsimile: (312) 236-0920
dloverde@powerrogers.com

ROBBINS LLP
Brian J. Robbins
Stephen J. Oddo (lead trial attorney)
Eric M. Carrino
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsllp.com
soddo@robbinsllp.com
ecarrino@robbinsllp.com

>    ii. **For Defendants Christopher M. Crane, Joseph Dominguez, and William A. Von Hoene, Jr., and Nominal Defendant Exelon Corporation**

RILEY SAFER HOLMES & CANCILA LLP
Matthew C. Crowl, #6201018 (member of trial bar)
Amy C. Andrews, # 6226692
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701
mcrowl@rshc-law.com
aandrews@rshc-law.com

DAVIS POLK & WARDWELL LLP
James P. Rouhandeh (lead trial attorney)
Edmund Polubinski III (lead trial attorney)
Mari Byrne
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5835
rouhandeh@davispolk.com
edmund.polubinski@davispolk.com
mari.byrne@davispolk.com

>    iii. **For Defendant Anne R. Pramaggiore**

SIDLEY AUSTIN LLP
Scott R. Lassar (lead trial attorney; member of trial bar)
David A. Gordon (lead trial attorney; member of trial bar)
Jennifer M. Wheeler
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
slassar@sidley.com
dgordon@sidley.com
jwheeler@sidley.com

>    b. **Basis for Federal Jurisdiction**

Plaintiff alleges that this Court has federal subject matter jurisdiction over this action based on 28 U.S.C. §1332. Plaintiff asserts that complete diversity among the parties exists and the

3

amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff further asserts that this Court has jurisdiction pursuant to 28 U.S.C. §1331 and section 27 of the Securities Exchange Act of 1934 ("Securities Exchange Act") over the claims asserted for violations of section 14(a) of the Exchange Act and SEC Rule 14a-9, promulgated thereunder, and supplemental jurisdiction over the remaining claims under 28 U.S.C. §1367.

### a. Nature of Claims

This is a shareholder derivative action brought on behalf of nominal defendant Exelon Corporation ("Exelon") against certain current and former officers and directors of Exelon for alleged breaches of fiduciary duty, unjust enrichment, and violation of Section 14(a) of the Securities Exchange Act.

### b. Major Factual and Legal Issues Anticipated

Defendants respectfully submit that the extent to which this derivative case may proceed will be determined by the Special Litigation Committee ("SLC") formed by nominal defendant Exelon to consider, *inter alia*, Mr. Clem's demand. Under the law of Pennsylvania—Exelon's state of incorporation—a shareholder "may maintain a derivative action . . . *only if*" a properly formed SLC determines either that "the corporation [does] not object to the action" or that "the plaintiff continue the action." 15 Pa. C.S. § 1781(a)(1)(ii) (emphasis added). The SLC's investigation is ongoing at this time.

### c. Relief Sought

Plaintiff's complaint seeks monetary damages; restitution and disgorgement; equitable and/or injunctive relief as permitted; an order directing Exelon to make corporate governance changes; and costs and disbursements in connection with the action.

4

**4. <u>Pending Motions and Case Plan</u>**

    **a. Proposed Unopposed Motion to Extend Temporary Stay**

In light of the ongoing SLC investigation, all parties agree that a stay of this action to permit the SLC to continue its investigation is in the best interests of Exelon, in the interest of judicial economy, and consistent with the applicable Pennsylvania law. Pennsylvania law contemplates that discovery in derivative actions be stayed pending the completion of an SLC's investigation and provides that "[t]he time for the defendants to plead" in a derivative action "shall be tolled" pending the conclusion of the SLC's investigation. 15 Pa. C.S. §§ 1783(b)(1), (2), (f).

On October 12, 2021, the parties filed a joint motion to stay the action for 120 days to permit the SLC to continue its investigation. On October 14, 2021, the Court granted the parties' motion, staying the action until February 14, 2022. The Court also ordered the parties to file an updated status report regarding the status of the SLC's investigation by January 31, 2022.

The SLC, through its counsel, has informed counsel for the parties that although it has been pursuing its investigation diligently and has made substantial progress in its work, its investigation is still ongoing and will require additional time to complete. The SLC has requested that the parties seek an extension of the temporary stay to permit it to complete its investigation, as contemplated by 15 Pa. C.S. § 1783.

The parties intend to file shortly a joint, agreed motion to extend the temporary stay of this action for an additional 120 days to permit the SLC to continue its investigation. Prior to the expiration of the stay, the parties agree to meet and confer on either a proposed continuation of the stay or a proposed case schedule.

**5. <u>Consent to Proceed Before a Magistrate Judge</u>**

The parties do not consent to proceed before a Magistrate Judge.

**6.** **Status of Settlement Discussions**

The parties have not engaged in settlement discussions and do not request a settlement conference at this time.

Dated: January 31, 2022

| | |
|---|---|
| POWER ROGERS, LLP | RILEY SAFER HOLMES & CANCILA LLP |
| */s/ Dominic C. LoVerde* | */s/ Matthew C. Crowl* |
| Dominic C. LoVerde, #6324263 | Matthew C. Crowl (IL Bar #6201018) |
| 70 W. Madison Street, 55th Floor | Brian O. Watson (IL Bar #6304248) |
| Chicago, IL 60602 | Amy C. Andrews (IL Bar #6226692) |
| Telephone: (312) 827-6113 | 70 W. Madison Street, Suite 2900 |
| Facsimile: (312) 236-0920 | Chicago, Illinois 60602 |
| dloverde@powerrogers.com | Telephone: (312) 471-8700 |
| | Facsimile: (312) 471-8701 |
| | mcrowl@rshc-law.com |
| | bwatson@rshc-law.com |
| | aandrews@rshc-law.com |
| ROBBINS LLP | DAVIS POLK & WARDWELL LLP |
| Brian J. Robbins | James P. Rouhandeh (#2211837) |
| Stephen J. Oddo | Edmund Polubinski III (#3022332) |
| Eric M. Carrino | Mari Byrne (#5074893) |
| San Diego, CA 92122 | 450 Lexington Avenue |
| Telephone: (619) 525-3990 | New York, New York 10017 |
| Facsimile: (619) 525-3991 | Telephone: (212) 450-4000 |
| brobbins@robbinsllp.com | Facsimile: (212) 701-5835 |
| soddo@robbinsllp.com | rouhandeh@davispolk.com |
| ecarrino@robbinsllp.com | edmund.polubinski@davispolk.com |
| | mari.byrne@davispolk.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Christopher M. Crane, William A. Von Hoene, Jr., and Joseph Dominguez, and Nominal Defendant Exelon Corporation* |

SIDLEY AUSTIN LLP

*/s/ Scott R. Lassar*
Scott R. Lassar
David A. Gordon
Jennifer M. Wheeler
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
slassar@sidley.com
dgordon@sidley.com
jwheeler@sidley.com

*Attorneys for Defendant Anne R. Pramaggiore*