**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE EXELON CORPORATION DERIVATIVE LITIGATION | Case No. 21-cv-3611<br><br>Hon. John Robert Blakey |

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on Wednesday, September 27, 2023, at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable John Robert Blakey in Courtroom 1203 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and present their **Joint Agreed Motion for Approval of Additional Case Management Dates**, a copy of which is hereby served on you.

Dated: September 23, 2023

| ROBBINS LLP | RILEY SAFER HOLMES & CANCILA LLP |
|---|---|
| */s/ Stephen J. Oddo* | */s/ Matthew C. Crowl* |
| Stephen J. Oddo | Matthew C. Crowl (IL Bar #6201018) |
| Brian J. Robbins | Brian O. Watson (IL Bar #6304248) |
| Eric M. Carrino | Amy C. Andrews (IL Bar #6226692) |
| 5060 Shoreham Place, Suite 300 | 70 W. Madison Street, Suite 2900 |
| San Diego, CA 92122 | Chicago, Illinois 60602 |
| Telephone: (619) 525-3990 | Telephone: (312) 471-8700 |
| Facsimile: (619) 525-3991 | Facsimile: (312) 471-8701 |
| brobbins@robbinsllp.com | mcrowl@rshc-law.com |
| soddo@robbinsllp.com | bwatson@rshc-law.com |
| ecarrino@robbinsllp.com | aandrews@rshc-law.com |

| | |
|---|---|
| POWER ROGERS, LLP<br>Dominic C. LoVerde, #6324263<br>70 W. Madison Street, 55th Floor<br>Chicago, IL 60602<br>Telephone: (312) 827-6113<br>Facsimile: (312) 236-0920<br>dloverde@powerrogers.com<br><br>*Attorneys for Plaintiff James Clem* | DAVIS POLK & WARDWELL LLP<br>Edmund Polubinski III (#3022332)<br>Nikolaus J. Williams (#5376868)<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5835<br>edmund.polubinski@davispolk.com<br>nikolaus.williams@davispolk.com<br><br>Mari Byrne (#5074893)<br>901 15th St NW<br>Washington, DC 20005<br>Telephone: (202) 962-7000<br>Facsimile: (202) 962-5642<br>mari.byrne@davispolk.com<br><br>*Attorneys for Defendants Christopher M. Crane, Joseph Dominguez, William A. Von Hoene, Anthony K. Anderson, Ann C. Berzin, Laurie Brlas, Yves de Balmann, Nicholas DeBenedictis, Linda Jojo, Paul L. Joskow, Robert J. Lawless, Richard W. Mies, Mayo A. Shattuck III, Stephen D. Steinour, and John F. Young and Nominal Defendant Exelon Corporation* |
| SCOTT + SCOTT ATTORNEYS AT LAW LLP<br><br>*/s/ Donald A. Broggi*<br>Donald A. Broggi<br>Jing-Li Yu<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>dbroggi@scott-scott.com<br>jyu@scott-scott.com<br><br>– and –<br><br>Geoffrey M. Johnson<br>12434 Cedar Road, Suite 12<br>Cleveland Heights, OH 44106 | SIDLEY AUSTIN LLP<br><br>*/s/ Scott R. Lassar*<br>Scott R. Lassar<br>David A. Gordon<br>Jennifer M. Wheeler<br>One South Dearborn St.<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>slassar@sidley.com<br>dgordon@sidley.com<br>jwheeler@sidley.com<br>*Attorneys for Defendant Anne R. Pramaggiore* |

2

Telephone: (216) 229-6088
Facsimile: (860) 537-4432
gjohnson@scott-scott.com

– and –

Joseph A. Pettigrew
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jpettigrew@scott-scott.com

*Attorneys for Plaintiffs Donna M. Nicosia and City of Coral Springs Police Officers' Pension Plan*

| | |
|---|---|
| KLAUSNER, KAUFMAN, JENSEN & LEVINSON<br>Robert D. Klausner<br>Bonni S. Jensen<br>7080 NW 4th Street<br>Plantation, FL 33317<br>Telephone: (954) 916-1202<br>Facsimile: (954) 916-1232<br>bob@robertdklausner.com<br>bonni@robertdklausner.com<br><br>*Attorneys for Plaintiff City of Coral Springs Police Officers' Pension Plan* | DECHERT LLP<br><br>*/s/ David H. Kistenbroker*<br>David H. Kistenbroker<br>David N. Kelley<br>Joni S. Jacobsen<br>35 West Wacker Drive, Suite 3400<br>Chicago, IL 60601<br>Telephone: (312) 646-5811<br>david.kistenbroker@dechert.com<br><br>*Attorneys for the Special Litigation Committee of the Board of Exelon Corporation* |
| THE LAW OFFICES OF MICHAEL M. MULDER<br>Michael M. Mulder<br>Elena R. Liveris<br>1603 Orrington Avenue, Suite 600<br>Evanston, Illinois 60201<br>Telephone: (312) 263-0272<br>Facsimile: (312) 263-2942<br>mmmulder@mmulderlaw.com<br>eliveris@mmulderlaw.com<br><br>*Local Attorneys for Plaintiffs Donna M. Nicosia and City of Coral Springs Police Officers' Pension Plan* | WACHTELL, LIPTON, ROSEN & KATZ<br><br>*/s/ John F. Savarese*<br>John F. Savarese<br>Ian Boczko<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1235<br>JFSavarese@wlrk.com<br>IBoczko@wlrk.com |

CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP

*/s/ Daniel O. Herrera*
Daniel O. Herrera
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4480
dherrera@caffertyclobes.com

*Local Counsel for Plaintiff Melvin Peller*

BRAGER EAGEL & SQUIRE, P.C.
Lawrence Eagel
Brandon Walker
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: (212) 308-5888

*Lead Counsel for Plaintiff Melvin Peller*

HEFFNER HURST

*/s/ Matthew T. Heffner*
Matthew T. Heffner
30 North LaSalle, Suite 1210
Chicago, Illinois 60602
Telephone: (212) 346-3466
Facsimile: (312) 346-2829
mheffner@heffnerhurst.com

*Local Counsel for Plaintiffs William Grunze, Michael Dybas, and Benjamin Jason Wax*

KAHN SWICK & FOTI, LLC
Melinda A. Nicholson
Nicolas Kravitz
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1493
melinda.nicholson@ksfcounsel.com
nicolas.kravitz@ksfcounsel.com

*Attorneys for Plaintiff William Grunze*

MCGUIREWOODS LLP
Christina M. Egan
Vinu G. Joseph
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100
cegan@mcguirewoods.com
vjoseph@mcguirewoods.com

*Attorneys for the Independent Review Committee of the Board of Exelon Corporation*

THE WEISER LAW FIRM, P.C.
James Ficaro
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Telephone: (610) 225-0206
jficaro@weiserlawfirm.com

*Attorneys for Plaintiff Michael Dybas*

SHUMAN, GLENN & STECKER
Rusty E. Glenn
600 17th Street, Suite 2800 South
Denver, CO 80202
Telephone: (303) 861-3003
Facsimile: (303) 536-7849
rusty@shumanlawfirm.com

– and –

Brett D. Stecker
326 W. Lancaster Avenue
Ardmore, PA 19003
Telephone: (303) 861-3003
Facsimile: (303) 536-7849
brett@shumanlawfirm.com

POMERANTZ LLP
Gustavo F. Bruckner
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
gfrbruckner@pomlaw.com

– and –

Patrick V. Dalstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
pdahlstrom@pomlaw.com

*Attorneys for Plaintiff Benjamin Jason Wax*