IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE EXELON CORPORATION DERIVATIVE LITIGATION | Case No. 1:21-cv-03611<br><br>Hon. John Robert Blakey |

## MOTION TO WITHDRAW APPEARANCE OF MELANIE C. MACKAY

Pursuant to Local Rule 83.17, Special Litigation Committee of the Board of Exelon Corporation respectfully moves this Court for leave to withdraw the appearance of Melanie C. MacKay as counsel of record in the above-captioned action. No substitution of counsel is necessary. The Special Litigation Committee of the Board of Exelon Corporation will continue to be represented by other attorneys from Dechert LLP.

Dated: April 24, 2024

Respectfully submitted,

/s/ Melanie C. MacKay
Melanie C. MacKay (IL Bar No. 6303869)
**DECHERT LLP**
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Telephone: (312) 646-5800
Facsimile: (312) 646-5858
Email: melanie.mackay@dechert.com

*Counsel for the Special Litigation Committee of the Board of Exelon Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 24, 2024, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF System, which will send an electronic copy of the foregoing to counsel of record and constitutes service pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                                 */s/ Melanie C. MacKay*
                                                 Melanie C. MacKay