**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

James Clem, et al.

Plaintiff(s),

v.

Exelon Corporation, et al.

Defendant(s).

Case No. 1:21-cv-3611
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: The Court having granted final approval of the class action settlement over objection, this case is dismissed with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☑ decided by Judge Blakey on a motion for final approval of derivative settlement.

Date: 9/22/2026

Thomas G. Bruton, Clerk of Court

Emily Wirtz , Deputy Clerk