UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE EXELON CORPORATION DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) | Case No. 1:21-cv-03611<br><br>Hon. John Robert Blakey |

**NOTICE OF APPEAL**

Notice is hereby given that James Clem, Coral Springs Police Officers' Pension Plan, Donna M. Nicosia, Melvin Peller, and Pinchas E. Raul ("Plaintiffs" or "Non-Settling Plaintiffs"), plaintiffs in the above-captioned case, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's Order (entered Sept. 22, 2026; ECF No. 310), Final Approval Order (entered Sept. 22, 2026; ECF No. 311), and Judgment in a Civil Case (entered Sept. 22, 2026; ECF No. 312): (i) granting the Special Litigation Committee's motion for final approval; (ii) granting of settling shareholders Michael Dybas, William Grunze, and Benjamin Jason Wax's Motion for Final Approval of the Agreed-Upon Fee and Expense Amount and Proposed Service Awards; and (iii) denying Non-Settling Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses and Service Awards to Non-Settling Plaintiffs.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Stephen J. Oddo*
STEPHEN J. ODDO

ROBBINS LLP
BRIAN J. ROBBINS
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
soddo@robbinsllp.com

POWER ROGERS, LLP
DOMINIC C. LOVERDE
70 W. Madison Street, 55th Floor
Chicago, IL 60602
Telephone: (312) 827-6113
Facsimile: (312) 236-0920
Illinois Bar No. 6324263
E-mail: dloverde@powerrogers.com

*Attorneys for Plaintiff James Clem*

SCOTT+SCOTT ATTORNEYS AT LAW LLP
DONALD A. BROGGI
JING-LI YU
The Helmsley Building

230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
E-mail: dbroggi@scott-scott.com
jyu@scott-scott.com

GEOFFREY M. JOHNSON
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (860) 537-4432
E-mail: gjohnson@scott-scott.com

JOSEPH A. PETTIGREW
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
E-mail: jpettigrew@scott-scott.com

*Attorneys for Plaintiff Donna M. Nicosia and Plaintiff City of Coral Springs Police Officers' Pension Plan*

KLAUSNER, KAUFMAN, JENSEN & LEVINSON
ROBERT D. KLAUSNER
BONNI S. JENSEN
7080 NW 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
E-mail: bob@robertdklausner.com
bonni@robertdklausner.com

*Attorneys for Plaintiff City of Coral Springs Police Officers' Pension Plan*

THE LAW OFFICES OF MICHAEL M. MULDER
MICHAEL M. MULDER
ELENA N. LIVERIS
1603 Orrington Ave., Suite 600
Evanston, Illinois 60201
Telephone: (312) 263-0272
Facsimile: (312) 263-2942
E-mail: mmmulder@mmulderlaw.com
eliveris@mmulderlaw.com

*Local Attorneys for Plaintiff Donna M. Nicosia and Plaintiff City of Coral Springs Police Officers' Pension Plan*

BRAGAR EAGEL & SQUIRE, P.C.
LAWRENCE P. EAGEL
BRANDON WALKER
MELISSA A. FORTUNATO
810 Seventh Ave., Suite 620
New York, NY 10019
Telephone: (212) 308-5888
E-mail: eagel@bespc.com
walker@bespc.com
fortunato@bespc.com

CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
DANIEL O. HERRERA
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4480
E-mail: dherrera@caffertyclobes.com

*Attorneys for Plaintiff Melvin Peller*

JOSHUA M. LIFSHITZ
LIFSHITZ LAW PLLC
1190 Broadway
Hewlett, NY 11557
Telephone: (516) 493-9780
E-mail: jlifshitz@lifshitzlaw.com

MILLER LAW LLC
MARVIN A. MILLER
145 S. Wells St., Suite 1800
Chicago, Illinois 60606
Telephone: (312) 332-3400
E-mail: mmiller@millerlawllc.com

*Attorneys for Plaintiff Pinchas E. Raul*

1745129

**CERTIFICATE OF SERVICE**

I hereby certify the foregoing Notice of Appeal will be served upon all counsel of record in this action via the U.S. District Court CM/ECF System on this 21st day of October 2026.

*/s/ Stephen J. Oddo*
STEPHEN J. ODDO